> Application granted. The initial pretrial conference is adjourned to April 7, 2023, at 11:00 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. The parties shall file a joint letter and proposed case management plan, as described by this Court's prior orders in this action, no later than one week prior to the conference.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> United States District Judge
> 2/15/2023

February 14, 2023

**By ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *Tianhai Lace Co. Ltd., Tianhai Lace (Guangdong) Ltd., and Tianhai Lace USA Inc. v. ASOS PLC., ASOS.com Limited, and ASOS US Sales LLC*
22-cv-9752 (RA)
Joint Request for Adjournment and Extension of Time

Dear Judge Abrams:

The Parties in the above-captioned matter jointly and respectfully write to request an adjournment of the February 24, 2023 initial pretrial conference and extension of time to file a joint status letter, proposed case management plan, and scheduling order.

Yesterday, February 13, 2023, Defendants filed a motion to dismiss. (Dkts. 25, 26.) To allow Plaintiffs sufficient time to review that motion and the Parties to meaningfully discuss a possible resolution, the Parties respectfully request another 30-day adjournment of the initial pretrial conference and extension of all related deadlines. This is the Parties' second such request (*see* Dkt. 17), and the previous request was granted by the Court. (*See* Dkt. 20.)

Respectfully submitted,

| | |
|---|---|
| */s/ B. Brett Heavner* | */s/ Samantha J. Yozze* |
| B. Brett Heavner | Samantha J. Yozze |
| FINNEGAN, HENDERSON, FARABOW, | Norevell IP LLC |
| GARRETT & DUNNER, LLP | 1776 Ash Street |
| 901 New York Avenue, NW | Northfield, IL 60093 |
| Washington, DC 20001-4413 | Tel: (773) 966-2513 |
| Tel: (202) 408-4000 | Fax: (312) 268-5063 |
| Fax: (202) 408-4400 | syozze@norvellip.com |
| b.brett.heavner@finnegan.com | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |