**Ballard Spahr LLP**

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Marjorie J. Peerce
Tel: 646.346.8039
Fax: 212.223.1942
peercem@ballardspahr.com

March 1, 2024

*By Electronic Filing*

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

Re:   *Tianhai Lace Co. Ltd., Tianhai Lace (Guangdong) Ltd., and Tianhai Lace USA Inc. v. ASOS PLC., ASOS.COM Limited, and ASOS US Sales LLC*,
Civil Action No. 22-CV-9752 (RA)

Dear Judge Abrams:

We write on behalf of all parties in this action, and with the consent and approval of Defendants. The parties have been dutifully negotiating an amicable resolution of this dispute for the past several months and are pleased to report that they are working toward finalizing a Settlement Agreement. Accordingly, the parties request that all current case deadlines be suspended, and the March 8, 2024 status conference be postponed.

The parties anticipate that they will finalize their settlement agreement on or before March 29, 2024, and will inform the Court when said agreement has been finalized.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Marjore J. Peerce*

Marjorie J. Peerce

MJP/mm

Application granted. The parties shall provide a status update on March 29, 2024.
SO ORDERED.

Hon. Ronnie Abrams
U.S. District Judge
March 4, 2024